# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PETER TRUXILLO, ANDREW
TRUXILLO AND VIRGINIA
TRUXILLO

VERSUS

BATON ROUGE GENERAL MEDICAL
CENTER AND JESSIE GUILLORY

NO.   2026 CW 0506

**JUNE 30, 2026**

---

In Re:   Baton  Rouge  General  Medical  Center,  applying  for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 690033.

---

**BEFORE:   McCLENDON, C.J., HESTER AND EDWARDS, JJ.**

**WRIT DENIED.**

**CHH**
**BDE**

**McClendon, C.J.,** would issue a briefing schedule pursuant to
La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT